IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VALERO MARKETING AND SUPPLY COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | Case No. 3:06-cv-623 DGW ) ) |
| SOUTHCAP PIPE LINE COMPANY, | ) ) |
| Defendant. | ) ) |

**ORDER**

A Discovery Dispute Hearing was held in this action on December 17, 2008 (Doc. 102). In that hearing the parties agreed that Exhibit 8 to the Innes deposition is no longer subject to the dispute, except that any portions of Exhibit 8 that involve information subject to the attorney-client privilege will be withheld. The parties are instructed to notify the Court of any dispute involving the attorney client privilege as it relates to Exhibit 8. The other issues raised in the hearing will be addressed in a separate order.

**IT IS SO ORDERED.**

**DATED: December 17, 2008**

                                                                s/ *Donald G. Wilkerson*
                                                                **DONALD G. WILKERSON**
                                                                 **United States Magistrate Judge**