**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **VALERO MARKETING & SUPPLY COMPANY and PREMCOR REFINING GROUP, INC,.** | ) ) ) ) | |
| Plaintiffs, | ) | Case No.: 06-cv-623-DGW |
| vs. | ) ) ) | |
| **SOUTHCAP PIPELINE COMPANY.** | ) | |
| Defendant. | | |

## JUDGMENT IN A CIVIL CASE

Pursuant to the Memorandum and Order Following Bench Trial entered by the Court on September 29, 2010 (Doc. 199),

**IT IS ORDERED AND ADJUDGED** that Plaintiffs Valero Marketing and Supply Company and Premcor Refining Group, Inc. shall recover nothing, and the action be **DISMISSED on the merits**.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendant Southcap Pipeline Company on all counts of the complaint.

**DATED: September 29, 2010**

                                                **NANCY J. ROSENSTENGEL
Clerk of the Court**

                                                **BY:** *s/Jackie Payton*
                                                    **Deputy Clerk**